

FILED
JUN 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT 31034-037
F.C.C. U.S.P. - 2
P.O. BOX 1034
COLEMAN, FLORIDA 33521
    Plaintiff,

CASE NUMBER 1:06CV01128
JUDGE: John D. Bates
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 06/21/2006

v.

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
SUITE 570 FLAG BUILDING
WASHINGTON, D.C. 20530-0001
    Defendant

RECEIVED
JUN 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## COMPLAINT

In September 2001, Plaintiff made a Freedom Of Information Act (F.O.I.A.) Request addressed by *Certified Mail to the Defendant for a copy of the "Notice of United States Acceptance" of jurisdiction Documents, over the Beltsville Agriculture Research Center in Beltsville, Maryland.

*see attach

1

The Defendant fail to respond to Plaintiff F.O.I.A. Request within the time limits.

Plaintiff treat the incomplete response by the Defendant as a denial of his F.O.I.A. Request and seek judicial review.

Plaintiff request the Court to Order the Defendant to disclose the "Notice of United States Acceptance" Documents, or grant Plaintiff an Attorney for further investigation, and Plaintiff demand a Trial by Jury to determine whether the Documents are exempt from disclosure pursuant to the F.O.I.A.

I, Plaintiff Damon Elliott, declare said affidavit in connection to this Complaint, under penalty of perjury that this information herein is true and correct.

Signature
Damon Elliott

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery

DEPARTMENT OF JUSTICE

C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

ATTORNEY GENERAL
OFFICE OF INFORMATION/PRIVACY
DEPARTMENT OF JUSTICE
SUITE 570, FLAG BUILDING
WASHINGTON, D.C.
20530-0001

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label)
7000 1530 0003 8065 4468

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

06 1128

**FILED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DAMON ELLIOTT 31034-037
BOX PMB U.S.P.
601 MCDONOUGH BLVD,
ATLANTA, GEORGIA 30315

BY 32