IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT<br>31034-037<br>F.C.C. U.S.P.- 2<br>P.O. Box 1034<br>Coleman, Florida 33521<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL<br>Department of Justice<br>Suite 570 Flag Building<br>Washington, D.C. 20530-0001<br><br>        Defendant. | Civil Action No. 06-1128 (JDB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Claire Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

CLAIRE WHITAKER, D.C. BAR # 354530
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail; postage prepaid to:

DAMON ELLIOT
31034-037
F.C.C. U.S.P.- 2
P.O. Box 1034
Coleman, Florida 33521

on this ___27th___ day of July, 2006.

*[signature]*
CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137