## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAMON ELLIOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1128 (JDB) |
| | ) | |
| UNITED STATES ATTORNEY GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b), defendant moves this Court for an extension of time to and including August 21, 2006, to answer or otherwise respond to the allegations in this complaint filed pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et seq.  As plaintiff is a prisoner proceeding *pro se*, defendant's counsel is relieved of the responsibility under the local rules of contacting the opposing party to determine whether there will be an objection to the motion.

The reasons for the requested extension are as follows:  Preliminary review of the case and discussions between agency counsel and undersigned counsel primarily assigned to the case indicate that a dispositive motion, in lieu of an answer, may be the appropriate course of action in this case.  To that end, defendant is reviewing the file and consulting with agency officials in order to assemble the supporting material and prepare a declaration.  It is anticipated that approximately three additional weeks will be necessary to complete this review process. Thereafter, undersigned counsel will promptly draft a dispositive motion for filing with the Court.  Accordingly, defendant respectfully requests an extension of time, to and including August 21, 2006, to respond to the allegations in plaintiff's complaint.

A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First-Class mail; postage

prepaid to:

DAMON ELLIOT
31034-037
F.C.C. U.S.P.- 2
P.O. Box 1034
Coleman, Florida 33521

on this _____**2ND**_____ day of August, 2006.

CLAIRE WHITAKER
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E4204
Washington, D.C. 20530
(202) 514-7137