UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAMON ELLIOT,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED STATES ATTORNEY GENERAL,<br><br>           Defendant. | Civil Action No. 06-1128 (JDB) |

ORDER

Upon consideration of defendant's consent motion to extend the time to file an answer, the opposition, if any, and for good cause shown, it is this _____ day of _____, 2006

ORDERED, that said motion is granted. Defendant's answer or dispositive motion is due on August 21, 2006.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DAMON ELLIOT
31034-037
F.C.C. U.S.P.- 2
P.O. Box 1034
Coleman, Florida 33521

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530