UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1128 (JDB) |
| ) | |
| UNITED STATES ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

1. Plaintiff named the United States Attorney General as the defendant in this Freedom of Information Act ("FOIA") case. R. 1.

2. A search of the FOIA requests directed to the Office of the Attorney General revealed that no September 2001 FOIA request from plaintiff had been received. Attachment 1, hereto (Declaration of Melanie Ann Pustay, Deputy Director of the Office of Information and Privacy, United States Department of Justice, ¶¶ 3-4).

3. Plaintiff was advised to direct his request to either the Beltsville Agricultural Research Center in Beltsville, Maryland, or to the Department of Agriculture, which is responsible for administering the BARC. Pustay Decl. at ¶ 6.

4. Plaintiff did not file an administrative appeal of his FOIA request(s). Id. at ¶ 5.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

/s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

        /s/
_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137