UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>   ATTORNEY GENERAL, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-1128 (JDB) |

## DECLARATION OF MELANIE ANN PUSTAY

I, Melanie Ann Pustay, declare the following to be true and correct:

1) I am the Deputy Director of the Office of Information and Privacy (OIP), United States Department of Justice. In this capacity, I am the final decision-making authority for the Initial Request (IR) Staff. The IR Staff is responsible for searching for and reviewing records within OIP and the senior leadership offices of the Department of Justice, including the Office of the Attorney General, in response to requests made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 and Supp. III 2003). The IR Staff determines whether records responsive to access requests exist and, if so, whether they can be released in accordance with the FOIA. In processing such requests, the IR Staff consults with personnel in the senior leadership offices and, when appropriate, with other components within the Department of Justice as well as with other Executive Branch agencies.

2) I make the statements herein based on my personal knowledge, as well as on information that I acquired while performing my official duties.

3) Plaintiff's complaint alleges that defendant did not respond within the required time

limits to a FOIA request plaintiff claims was made in September 2001. Plaintiff alleges that he requested records concerning federal jurisdiction over the Beltsville Agricultural Research Center (BARC) in Beltsville, Maryland. He does not provide a copy of the request, nor does he indicate where it was directed within the Department of Justice, which has a decentralized system for handling FOIA requests.

4) On August 1, 2006, OIP conducted a thorough search of Oracle, its electronic database which tracks and monitors all initial FOIA and Privacy Act requests and administrative appeals which are received by OIP. A keyword search was conducted to locate any initial requests received from plaintiff using the terms "Damon"and "Elliott," his first and last names. OIP has no record of receiving any initial request from plaintiff in September 2001.

5) OIP has, however, received six other letters from plaintiff starting in July 2001 for records concerning the BARC. By letters dated July 23, 2001, August 7, 2001, November 27, 2001, December 28, 2001, November 24, 2005, and December 7, 2005, plaintiff submitted FOIA requests to OIP for various records concerning the BARC. By letters dated September 11, 2001, March 13, 2002, March 19, 2002, and January 10, 2006, OIP responded to each of these requests.

6) OIP repeatedly advised plaintiff that he should direct his request to either the BARC itself or to the Department of Agriculture, which is responsible for administering the BARC. (Copies of OIP's letters to plaintiff are attached hereto as Exhibits A, B, C, D, E.)

7) Based on a check of OIP's Oracle database, plaintiff did not administratively appeal from any of the five responses provided to him.

I declare under penalty of perjury that the foregoing is true and correct.

*Melanie Ann Pustay*
Melanie Ann Pustay

Executed this 21st day of August 2006.

2

U.S. Department of Justice

Office of Information and Privacy

**FILE COPY**

Telephone: (202) 514-3642          Washington, D.C. 20530

Mr. Damon E. Elliott                                  SEP 1 1 2001
#31034-037
U.S. Penitentiary
Box PMB, 601 McDonough Blvd., SE     Re:   OIP/01-R0899
Atlanta, GA 30315                           MAP:TSW:AR

Dear Mr. Elliott:

    This responds to your letter dated July 23, 2001, and received in this Office on July 30, 2001, in which you asked us to "inform (you) with an affidavit whether the Federal Government has exclusive or concurrent jurisdiction over 3696 Sellman Road, Beltsville, Maryland." This response is made on behalf of the Office of Information and Privacy.

    Please be advised that the Freedom of Information Act (FOIA) provides a right of access to federal agency records that exist and can be located in agency files. The FOIA does not require federal agencies to conduct research or answer questions. See Hudgins v. IRS, 620 F. Supp. 19, 21 (D.D.C. 1985) (The "FOIA neither requires an agency to answer questions . . . or to create documents or opinions in response to an individual's request for information.") Accordingly, we are unable to assist you with your inquiry.

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                     Sincerely,

                                       Melanie Ann Pustay
                                     Deputy Director

Exhibit A
Civil Action No. 06-1128

U.S. Department of Justice

Office of Information and Privacy

**FILE COPY**

Telephone: (202) 514-3642    Washington, D.C. 20530

Mr. Damon E. Elliott
8988 Cherry Lane                   Re:    OIP/01-R0949
Laurel, MD 20708                           MAP:TSW:AR

SEP 11 2001

Dear Mr. Elliott:

    This responds to your letter dated August 7, 2001, and received in this Office on August 14, 2001, in which you asked if the "Beltsville Agricultural Research Center in Prince George's County, Maryland has been purchased by the United States with the consent of the Legislature of the State, within the jurisdiction of the Federal Courts." This response is made on behalf of the Office of Information and Privacy.

    The Freedom of Information Act (FOIA) provides a right of access to federal agency records that exist and can be located in agency files. Accordingly, the FOIA does not require federal agencies to conduct research or answer questions. See Hudgins v. IRS, 620 F. Supp. 19, 21 (D.D.C. 1985) (The "FOIA neither requires an agency to answer questions . . . or to create documents or opinions in response to an individual's request for information.") However, in an effort to be of assistance, we are providing you with some general material on the Beltsville Agricultural Research Center (BARC), as a matter of agency discretion. For additional information, I would suggest you direct your inquiry to the FOIA office of the Agricultural Research Service at the address shown below. For your information, BARC is part of the Agricultural Research Service, the principal research component of the U.S. Department of Agriculture.

               USDA-REE-ARS-Information Staff, FOIA Office
               5601 Sunnyside Avenue
               Bldg. 1, Room 2248, Mail Stop 5128
               Beltsville, MD 20705-5128

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                              Sincerely,

                              Melanie Ann Pustay
                              Deputy Director

Enclosure

                              Exhibit B
                              Civil Action No. 06-1128

## USDA Beltsville Area Agricultural Research Service

Mission | Classroom | Research Center (BARC) | Area Home | Search

**Research Institutes**
- Animal & Natural Resources
- Human Nutrition
- Plant Sciences
- National Arboretum

**Staff**
- Director's Office
- Facilities & Operations
- Civil Rights
- Directories
- Awards

*Welcome to the Beltsville Area. We are pleased to have you visit. Come back often. - Phyllis Johnson, Director*

# Our Mission

The Beltsville Area consists of Agricultural Research Service (ARS) programs at the Beltsville Agricultural Research Center in Beltsville, MD; the US National Arboretum in Washington, D.C.; and worksites in Chatsworth, NJ; Presque Isle, ME; and McMinnville, TN. BARC is the largest and most diversified agricultural research complex in the world.

Beltsville's record of accomplishments and ongoing programs has made it a world leader in agriculture research. Its international reputation attracts thousands of visitors each year from the United States and abroad. ARS conducts research to develop and transfer solutions to agricultural problems of high national priority and provide information access and dissemination in order to:

- ensure high-quality safe food and other agricultural products; assess the nutritional needs of Americans
- sustain a competitive agricultural economy; enhance the natural resource base and the environment, and
- provide economic opportunities for rural citizens, communities, and society as a whole.

Research in the Beltsville Area addresses all of these goals through programs in

- the Animal & Natural Resources Institute
- the Beltsville Human Nutrition Research Center
- the Plant Science Institute
- the US National Arboretum

\* Accessibility \* Travel Directions \* Webmaster \* USDA Privacy Policy\*
\* Nondiscrimination Statement \* System Usage Policy \* Endorsement Disclaimer \*
\* United States Department of Agriculture \* Agricultural Research Service \*
Updated: June 4, 2001



 **Beltsville** Agricultural Research Center (BARC)



**Research Institutes**

- Animal & Natural Resources
- Human Nutrition
- Plant Sciences
- National Arboretum





> **Notice:** Beltsville Agricultural Research Center (BARC) was reorganized on November 19, 2000. Some laboratory names and affiliations on web pages linked from this page will differ from those listed here. See our Reorganization Announcement for more information.
>
> Former web pages will be transfered gradually to new affiliations. Until then, you may access them from our Old Organization Chart.

 **Animal & Natural Resources Institute**
*formerly Livestock & Poultry Sciences Institute*

### Laboratories

- Hydrology & Remote Sensing
  *formerly Hydrology Lab and Remote Sensing & Modeling Lab*
- Animal Improvement Programs
- Animal Manure & By-Products
  *formerly Nutrient Conservation & Metabolism*
- Animal Waste Pathogens
- Environmental Quality
- Food Technology & Safety
  *formerly Meat Science Research*
- Gene Evaluation & Mapping
- Germplasm & Gamete Physiology
- Growth Biology Laboratory
- Immunology & Disease Resistance
- Instrumentation and Sensing
- Parasite Biology, Epidemiology, & Systematics
- Research Animal Services
- Sustainable Agricultural Systems
- Veterinary Services

**Beltsville Human Nutrition Research Center**

### Laboratories

- Community Nutrition Research Group



- Diet & Human Performance
- Food Composition
- Food Surveys Research Group
- Nutrient Data
- Nutrient Requirements & Functions
- Phytonutrients

## Plant Sciences Institute

### Laboratories

- Alternate Crops & Systems
- Bee Research
- Chemicals Affecting Insect Behavior
  *formerly Insect Chemical Ecology*
- Fruit
- Insect Biocontrol
- Molecular Plant Pathology
- National Germplasm Resources
- Nematology
- Produce Quality & Safety
  *formerly Horticultural Crops Quality*
- Soybean Genomics & Improvement
  *formerly Soybean and Alfalfa Research*
- Systematic Botany & Mycology
- Systematic Entomology
- Vegetable

## U. S. National Arboretum

---

\* Accessibility \* Travel Directions \* Webmaster \* USDA Privacy Policy \*
\* Nondiscrimination Statement \* System Usage Policy \* Endorsement Disclaimer \*
\* United States Department of Agriculture \* Agricultural Research Service \*
Updated: August 3, 2001



Citation                Search Result        Rank 14 of 20        Database
6/7/00 M2PW (No Page)                                             ALLNEWSPLUS
6/7/00 M2 Presswire (Pg. Unavail. Online)
2000 WL 22275252
(Publication page references are not available for this document.)

M2 Presswire
Copyright 2000 M2 Communications, Ltd. All Rights Reserved.

Wednesday, June 7, 2000

Historic research center named for Henry A. Wallace

   BELTSVILLE, MD -- Agriculture Secretary Dan Glickman today renamed a major USDA research facility as the Henry A. Wallace Beltsville Agricultural Research Center.

   "Henry A. Wallace changed the face of American agriculture during his career as a scientist and as Secretary of Agriculture," Glickman said. "Wallace was committed to the idea that science is our best hope for sustaining agriculture and preserving the environment."

   Wallace served as Secretary of Agriculture from 1932-40, Vice President of the United States from 1940-44, and Secretary of Commerce from 1945-46. He also was a corn geneticist, an agricultural economist, and a vigorous advocate of soil conservation and ecology.

   Considered by many one of the country's greatest Secretaries of Agriculture, Wallace framed the Agricultural Adjustment Act, which stabilized farm prices and promoted soil conservation, helping America's farmers survive the Great Depression. The Rural Electrification Administration, food stamp program, the school lunch program, and the Food for Peace program were all established under his leadership.

   Wallace also created the emergency granary system through which the Federal government purchases surplus grain and stores it against future needs. His scientific contributions were numerous, including the development of the first commercially viable hybrid corn strain. He founded the first and most successful hybrid seed corn company which significantly increased hybrid corn yields.

   Wallace believed scientific research was the best way to advance agriculture and maintain the quality of soil and the environment as a whole. He directed a major expansion of the Beltsville Agricultural Research Center in the 1930s. Today, the 6,500-acre scientific facility in Beltsville, Maryland, is one of the largest agricultural research centers in the world.

   ((M2 Communications Ltd disclaims all liability for information provided within M2 PressWIRE. Data prepared by named party/parties.

Copr. © West 2001 No Claim to Orig. U.S. Govt. Works

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642          Washington, D.C. 20530

MAR 1 3 2002

Mr. Damon Elliott
#31034-037
U.S. Penitentiary
Box PMB, 601 McDonough Blvd., SE          Re:   OIP/02-R0364
Atlanta, GA  30315                              CLM:DRH

Dear Mr. Elliott:

    This is to acknowledge receipt of your letter dated November 27, 2001, in which you requested a copy of a "'Certificate of Acceptance' of exclusive or concurrent ceded federal legislative jurisdiction over 3696 Sellman Road, Beltsville, Maryland 20705, and Building 22 of the Beltsville Agriculture Research Center." For your information, because of interrupted mail service, this Office did not receive your request until February 27, 2002. This response is being made on behalf of the Office of Information and Privacy.

    Please be advised that we addressed your request for this information in our letters to you dated September 11, 2001, in response to your two previous requests dated July 23, 2001, and August 7, 2001. In those letters, we advised you that the Freedom of Information Act (FOIA) provides a right of access to federal agency records that exist and can be located in agency files. The FOIA does not require federal agencies to conduct research or answer questions. We also advised you that you may wish to direct your inquiry to the FOIA Office of the Agricultural Research Service, the principal research component of the U.S. Department of Agriculture. In case you did not receive our previous letters, the address for the Agricultural Research Service is as follows:

> USDA-REE-ARS-Information Staff, FOIA Office
> 5601 Sunnyside Avenue
> Bldg. 1, Room 2248, Mail Stop 5128
> Beltsville, MD 20705-5128

    If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                        Sincerely,

                                          Melanie Ann Pustay
                                          Deputy Director

Exhibit C
Civil Action No. 06-1128

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642    Washington, D.C. 20530

MAR 19 2002

Mr. Damon Elliott
#31034-037
U.S. Penitentiary
Box PMB, 601 McDonough Blvd., SE    Re:   OIP/02-R0419
Atlanta, GA 30315                         CLM:DRH

Dear Mr. Elliott:

   This is to acknowledge receipt of your letter dated December 28, 2001, in which you requested a copy of a "'Certificate of Acceptance' (Title 40 U.S.C. §255) of exclusive or concurrent ceded, federal, legislative jurisdiction over Building 22 of the Beltsville Agriculture Research Center." For your information, because of interrupted mail service, this Office did not receive your request until March 13, 2002. This response is being made on behalf of the Office of Information and Privacy.

   Please be advised that we addressed your request for this information in our letters to you dated September 11, 2001, and March 13, 2002, in response to your three previous requests dated July 23, 2001, August 7, 2001, and November 27, 2001. In those letters, we advised you that the Freedom of Information Act (FOIA) provides a right of access to federal agency records that exist and can be located in agency files. The FOIA does not require federal agencies to conduct research or answer questions. We also advised you that you may wish to direct your inquiry to the FOIA Office of the Agricultural Research Service, the principal research component of the U.S. Department of Agriculture. In case you did not receive our previous letters, the address for the Agricultural Research Service is as follows:

   USDA-REE-ARS-Information Staff, FOIA Office
   5601 Sunnyside Avenue
   Bldg. 1, Room 2248, Mail Stop 5128
   Beltsville, MD 20705-5128

   If you consider my response to be a denial of your request, you may administratively appeal by writing to the Co-Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

                                        Sincerely,

                                        Melanie Ann Pustay
                                        Deputy Director

Exhibit D
Civil Action No. 06-1128

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642　　　　　　　　　　　Washington, D.C. 20530

JAN 10 2006

Mr. Damon Elliott  
Reg. No. 31034-037　　　　　　　　　　Re:　OIP/06-R0203  
P.O. Box 150160　　　　　　　　　　　　　　OIP/06-R0224  
Atlanta, GA 30315　　　　　　　　　　　　　CLM:DRH

Dear Mr. Elliott:

　　While handling your Freedom of Information Act request dated November 24, 2005, for a blueprint of the Beltsville Agricultural Research Center, the Department of Housing and Community Development of the Maryland Office of the Attorney General forwarded your request letter to this Office for direct response to you. Your letter was received in this Office on December 12, 2005. In addition, this also responds to your letter dated December 7, 2005, and received in this Office on December 16, 2005, in which you requested a blueprint of Building 22 within the Beltsville Agricultural Research Center. This response is made on behalf of the Office of Information and Privacy.

　　Please be advised that the Beltsville Agricultural Research Center is administered by the United States Department of Agriculture. Accordingly, to the extent that you are seeking information concerning that entity, you should direct your request to the Department of Agriculture at the following address:

> Andrea E. Fowler  
> FOIA/PA Coordinator  
> Department of Agriculture  
> Room 440AA, Whitten Building  
> Washington, DC 20250-1300

I note that the Department of Housing and Community Development has already forwarded your November 24, 2005 request to the Department of Agriculture.

　　If you consider my response to be a denial of this request, you may administratively appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, Flag Building, Suite 570, Washington, D.C. 20530-0001, within sixty days from the date of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　Carmen L. Mallon  
　　　　　　　　　　　　　　　　　　　　　　　Chief, Initial Request Staff

Exhibit E  
Civil Action No. 06-1128