UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

DAMON ELLIOT,                                  )
                                               )
                    Plaintiff,                 )
                                               )
        v.                                     )        Civil Action No. 06-1128 (JDB)
                                               )
UNITED STATES ATTORNEY GENERAL,                )
                                               )
                    Defendant.                 )
                                               )
_____)

ORDER

Upon consideration of defendant's motion to dismiss or for summary judgment, the

opposition and reply thereto and after a review of the entire record, it is this _____ day of

_____, 2006

ORDERED, that said motion is granted.  This matter is dismissed for failure to state a

claim upon which relief may be granted.


                                     _____
                                     UNITED STATES DISTRICT JUDGE

Copies to:

DAMON ELLIOT, pro se
31034-037
F.C.C. U.S.P.- 2
P.O. Box 1034
Coleman, Florida 33521

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530