UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.        Civil Action No. 06-1128 (JDB)

DEPARTMENT OF JUSTICE
U.S. ATTORNEY GENERAL,
    Defendant.

RECEIVED
SEP 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR SUMMARY JUDGMENT

  The Plaintiff, Damon Elliott, hereby moves this Court to grant summary judgment on the grounds of Defendant not issuing an appropriate response to Plaintiff F.O.I.A. request within the 20-workday of receipt, statutory time limit, as Plaintiff was denied a copy of the requested "Notice of such Acceptance Document" ceding of jurisdiction with the Governor of the

1.

State of Maryland, and the report of the Attorney General of the United States that a perfect title had been secured over the lands of the Beltsville Agriculture Research Center in Beltsville, Maryland, pursuant Title 40 § 255.

## ARGUMENT

The Defendant alleged there is no record of a September 2001 request from Plaintiff address to the Office of the Attorney General, D.O.J., and plaintiff failed to file an administrative appeal, and thus has failed to exhaust his administrative remedies in any event.

## FACTUAL BACKGROUND

In September of 2001, Plaintiff did exhaust his administrative remedies via certified mail 7000 1530

0003 8065 4468 addressed to the Defendant for a F.O.I.A. request. The Plaintiff asked:

"I request a copy of the title indicating acceptance of such jurisdiction over the lands of the Beltsville Agriculture Research Center in Beltsville, Maryland." see attachment (A)

The F.O.I.A. requires federal agencies to comply with requests to make their records available to the public upon receiving a written request for them 5 U.S.C. § 552 (a)(b).

Here, the basis of this lawsuit is Plaintiff's request for a document that the Defendant fail to undertake a search "reasonably calculated" to locate the requested records. See Voinche v. F.B.I. No. 96-5304, 1997 WL 411685 (D.C. Cir. June 19, 1997).

The Plaintiff's complaint requires relief. In a F.O.I.A. lawsuit, the

3.

courts can grant a requester relief only when an agency has improperly withheld agency records. See U.S.C. § 552 (a)(4)(B)(2000); see also <u>Kissinger v. Reporters Comm. for Freedom of the Press</u>, 445 U.S. 136, 150 (1980).

The agency must be able to show "what records were searched, by whom, and through what process." <u>Steinberg v. U.S. Dept. of Justice</u>, 23 F.3d 548 (D.C. Cir. 1994).

Under no circumstances shall records be destroyed while they are the subject of a pending request for access, appeal, or lawsuit under the Act. <u>Title 28 part 16 § 16.9</u>.

## CONCLUSION

There is evidence that Plaintiff transmitted a F.O.I.A request to the Department of Justice, and he exhaust his administrative remedies, as plaintiff established that he made a September 2001 request.

Accordingly, the Court should enter summary judgment in plaintiff behalf.

Respectfully submitted,

Damon Elliott 31034-037
Damon Elliott
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,
    Plaintiff,

v.                    Civil Action No. 06-1128 (JDB)

UNITED STATES ATTORNEY
GENERAL, D.O.J.,
    Defendant.

## DECLARATION OF DAMON ELLIOTT

I make the statements herein based on my personal knowledge. I made a F.O.I.A Request addressed to the Department of Justice Attorney General in September 2001 by Certified Mail 7000 1530 0003 8065 4468 for a copy of the Records indicating acceptance of such jurisdiction over the lands of the B.A.R.C.

I declare under penalty of perjury that the foregoing is true and correct.

                                *Elliott Damon*

Executed 9-1-2006      Elliott Damon

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by First Class mail, postage prepaid to:

Claire Whitaker
U.S. Attorney
555 Fourth St., N.W, RM E4204
Washington, D.C. 20530

on this 1st day of September 2006.

Damen Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521