ATTACHMENT (A)

Damon Elliott 31034-037
Box P.M.B.
601 McDonough Blvd., S.E.
Atlanta, Ga. 30315

September 2001
RE: F.O.I.A. REQUEST

Dear Attorney General of the U.S.:

    I request a copy of the Title indicating acceptance of such jurisdiction over the lands of the Beltsville Agriculture Research Center in Beltsville, Maryland.

              Sincerely
              Elliott Damon

by Certified Mail
7000 1530 0003 8065 4468

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ATTORNEY GENERAL
   OFFICE OF INFORMATION/PRIVACY
   DEPARTMENT OF JUSTICE
   SUITE 570, FLAG BUILDING
   WASHINGTON, D.C.
   20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
   DEPARTMENT OF JUSTICE

C. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
   7000 1530 0003 8065 4468

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0852

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

DAMON ELLIOTT 31034-037
BOX PMB U.S.P.
601 MCDONOUGH BLVD.,
ATLANTA, GEORGIA 30315

BY 32