UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAMON ELLIOT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1128 (JDB) |
| ) | |
| **UNITED STATES ATTORNEY GENERAL,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

DEFENDANT'S SUPPLEMENTAL STATEMENT
OF MATERIAL FACTS NOT IN DISPUTE

1. In September 2006, the Office of Information and Privacy staff determined to conduct a search for records responsive to plaintiff's request which was attached to his motion for summary judgment. Declaration of Tricia Wellman, Acting Deputy Director of the Office of Information and Privacy (OIP), United States Department of Justice. See Exhibit A, attached hereto ("Wellman Decl.").

2. On September 19, 2006, OIP staff conducted a search of the Departmental Executive Secretariat's Intranet Quorum (IQ) database, which covers the period of January 1, 2001, through the date of the search, and the Records Management System (RMS), which covers the period of 1987 through 2000. Wellman Decl. at ¶ 5.

3. By utilizing both database systems, the staff ensured that its search would be likely to locate all records responsive to plaintiff's request. Id.

4. The Departmental Executive Secretariat uses a central database to control and track certain incoming and outgoing correspondence for the Department's senior management offices and is the official records repository for the Offices of the Attorney General, Deputy Attorney

General, and Associate Attorney General. Records are entered into IQ and RMS by trained Executive Secretariat analysts. Id.

5. The data elements entered into the system include such items as the date of the document, the date of receipt, the sender, the recipient, as well as a detailed description of the subject of the record. Entries are made that, among other things, reflect what action is to be taken on the record, which component has responsibility for that action, and when that action should be completed. Key word searches of the electronic database may then be conducted utilizing a single search parameter or combinations of search parameters. Search parameters may include the subject, organization, date, name, or other key words. Id.

6. Key word searches of both the IQ and RMS databases were conducted in this matter using the following terms without a date restriction: "Beltsville Agricultural Research Center," "Beltsville," and "BARC." Id.

7. No responsive records were located in either database maintained by the Departmental Executive Secretariat. Id.

    Respectfully submitted,

    /s/
KENNETH L. WAINSTEIN , D.C. Bar # 451058
United States Attorney

    /s/
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

    /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137