UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1128 (JDB) |
| ) | |
| UNITED STATES ) | |
| ATTORNEY GENERAL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### DECLARATION OF TRICIA S. WELLMAN

I, Tricia S. Wellman, declare the following to be true and correct:

1) I am the Acting Deputy Director of the Office of Information and Privacy (OIP), United States Department of Justice. In this capacity, I am the final decision-making authority for the Initial Request (IR) Staff. The IR Staff is responsible for searching for and reviewing records within OIP and the senior leadership offices of the Department of Justice, including the Office of the Attorney General, in response to requests made under the Freedom of Information Act (FOIA), 5 U.S.C. § 552 (2000 and Supp. III 2003). The IR Staff determines whether records responsive to access requests exist and, if so, whether they can be released in accordance with the FOIA. In processing such requests, the IR Staff consults with personnel in the senior leadership offices and, when appropriate, with other components within the Department of Justice as well as with other Executive Branch agencies.

2) I make the statements herein based on my personal knowledge, as well as on information that I acquired while performing my official duties.

3) This declaration incorporates and supplements the August 21, 2006 declaration of

2

Melanie Ann Pustay.

4) In an effort to put this matter entirely to rest, after receiving a copy of plaintiff's September 2001 request with his "Motion for Summary Judgment," OIP staff conducted a search for records responsive to plaintiff's request.

5) On September 19, 2006, OIP staff conducted a search of the Departmental Executive Secretariat's Intranet Quorum (IQ) database, which covers the period of January 1, 2001 through the present, and the Records Management System (RMS), which covers the period of 1987 through 2000. By utilizing both database systems we ensured that our search would be likely to locate all records responsive to plaintiff's request. The Departmental Executive Secretariat uses a central database to control and track certain incoming and outgoing correspondence for the Department's senior management offices and is the official records repository for the Offices of the Attorney General, Deputy Attorney General, and Associate Attorney General. Records are entered into IQ and RMS by trained Executive Secretariat analysts. The data elements entered into the system include such items as the date of the document, the date of receipt, the sender, the recipient, as well as a detailed description of the subject of the record. In addition, entries are made that, among other things, reflect what action is to be taken on the record, which component has responsibility for that action, and when that action should be completed. Key word searches of the electronic database may then be conducted utilizing a single search parameter or combinations of search parameters. Search parameters may include the subject, organization, date, name, or other key words. Key word searches of both the IQ and RMS databases were conducted using the following terms without a date restriction: "Beltsville Agricultural Research Center," "Beltsville," and "BARC." No responsive records were located

3

in either database maintained by the Departmental Executive Secretariat.

I declare under penalty of perjury that the foregoing is true and correct.

*Tricia S. Wellman*
Tricia S. Wellman

Executed this 21st day of September 2006.