UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMON ELLIOT, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1128 (JDB) |
| UNITED STATES ATTORNEY GENERAL, | ) |
| Defendant. | ) |

ORDER

Upon consideration of the defendant's motion to dismiss or for summary judgment, plaintiff's motion for summary judgment, the oppositions and replies thereto, and after a review of the entire record, it is this _____ day of _____, 2006

ORDERED, that plaintiff's motion is denied, and it is

FURTHER ORDERED, that defendant's motion is granted. This matter is dismissed for failure to state a claim upon which relief may be granted.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

DAMON ELLIOT, pro se
31034-037
F.C.C. U.S.P.- 2
P.O. Box 1034
Coleman, Florida 33521

CLAIRE WHITAKER
Assistant U.S. Attorney
555 4th St., N.W. Room E-4204
Washington, D.C. 20530