UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT,

    Plaintiff,

    v.

UNITED STATES ATTORNEY
GENERAL,

    Defendant.

Civil Action No. 06-1128 (JDB)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [Dkt. #9] is DENIED and its motion for summary judgment [Dkt. #10] is GRANTED. It is further

ORDERED that plaintiff's motion for summary judgment [Dkt. #12] is DENIED. It is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                            /s/
                                            JOHN D. BATES
                                            United States District Judge

Date: November 2, 2006