U.S. COURT OF DISTRICT OF COLUMBIA
DEC - 4 2006
RECEIVED

RECEIVED
JAN 8 2007
from GH
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES APPEALS COURT
## FOR THE DISTRICT OF COLUMBIA

DAMON ELLIOTT, 31034-037
F.C.C., U.S.P.
P.O. BOX 1034
COLEMAN, FL. 33521,
    Plaintiff,

v.        Civil Action No. 06-1128 (JDB)

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
SUITE 570 FLAG BUILDING
WASHINGTON, D.C. 20530,
    Defendant.

## APPEAL

    The District Court over looked the fact that Plaintiff attached a copy of his Return Certified Receipt, that was address to the Defendant, and it has

the Department of Justice signature, acknowlegding Plaintiff F.O.I.A. Request. This is the purpose of certified mail to prove it reaches its designation!
   Plaintiff request the Court to Order the Defendant to disclose the Documents.

Damon Elliott
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521