**UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JAN 29 2007
RECEIVED**

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

JAN 29 2007

DAMON ELLIOTT                    USCA No. 07-5001

v.

U.S. ATTORNEY GENERAL            USDC No. 06 cv 1128 (J.D.B.)

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, DAMON ELLIOTT, declare that I am the ■ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.) Appellant issue on appeal is the fact and evidence that he transmitted a F.O.I.A. request by Certified Mail in September 2001 addressed to the Attorney General Office.

OVER

Signature _Damon Elliott_
Name of Pro Se Litigant (PRINT) DAMON ELLIOTT 31034-037
Address F.C.C. U.S.P. P.O. BOX 1034
COLEMAN, FL. 33521

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Appellant have the return receipt as proof of merchandise, and proof of delivery dated September 14, 2001 with the Department of Justice signature on it acknowledging Appellant Certified Mail. <u>See Attach.</u>

Appellant exhausted his administrative remedies prior to filing his lawsuit.

**Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis**

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN 2 9 2007

RECEIVED

~~United~~ States Court of Appeals for the District of Columbia Circuit

DAMON ELLIOTT

Case No. 07-5001

v.

U.S. ATTOREY GENERAL

## Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

## Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Damon Elliott*

Date: 1-24-2007

**My issues on appeal are:** Appellant issue on appeal is the fact and evidence that he transmitted a F.O.I.A. request by Certified Mail in September 2001 addressed to the Attorney General Office.

Appellant have the return receipt for proof of merchandise and proof of delivery dated September 14, 2001 with the Department of Justice signature on it acknowledging Appellant Certified Mail. See Attach.

Appellant exhausted his administrative remedies prior to filing his lawsuit.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ N/A | $ 0 | $ N/A |
| Interest and dividends | $ 0 | $ N/A | $ 0 | $ N/A |
| Gifts | $ 0 | $ N/A | $ 0 | $ N/A |
| Alimony | $ 0 | $ N/A | $ 0 | $ N/A |
| Child support | $ 0 | $ N/A | $ 0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ N/A | $ 0 | $ N/A |
| Disability (such as social security, insurance payments) | $ 0 | $ N/A | $ 0 | $ N/A |
| Unemployment payments | $ 0 | $ N/A | $ 0 | $ N/A |
| Public-assistance (such as welfare) | $ 0 | $ N/A | $ 0 | $ N/A |
| Other (specify): NONE | $ 0 | $ N/A | $ 0 | $ N/A |
| Total monthly income: | $ 0 | $ N/A | $ 0 | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Lt. Manning | F.C.C. U.S.P.-2 | July - August 2006 | $ 38.00 |
| Rec. Mr. Brown | F.C.C. U.S.P.-2 | Sept. - October 2006 | $ 2.12 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 61.27

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ NONE | $ NONE |
| O | O | $ O | $ O |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 NONE (Value) |
|---|---|---|
| N/A | N/A | Make & year: NONE |
| O | O | Model: NONE |
| NONE | NONE | Registration #. NONE |

Motor vehicle #2 NONE (Value)
Make & year NONE
Model: NONE
Registration #: NONE

| Other Assets (Value) | Other Assets (Value) |
|---|---|
| NONE | NONE |
| NONE | NONE |
| NONE | NONE |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | N/A |
| NONE | NONE | NONE |
| NONE | NONE | O |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | NONE | N/A |
| O | NONE | N/A |
| N/A | NONE | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 0 | $ N/A |
| Are real-estate taxes included? | [ ] Yes N [ ] No | |
| Is property insurance included? | [ ] Yes A [ ] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ N/A |
| Home maintenance (repairs and upkeep) | $ 0 | $ N/A |
| Food | $ 0 | $ N/A |
| Clothing | $ 0 | $ N/A |
| Laundry and dry-cleaning | $ 0 | $ N/A |
| Medical and dental expenses | $ 0 | $ N/A |
| Transportation (not including motor vehicle payments) | $ 0 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 | $ N/A |
| Homeowner's or renter's | $ 0 | $ N/A |
| Life | $ 0 | $ N/A |
| Health | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Other: NONE | $ 0 | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): NONE | $ 0 | $ N/A |
| Installment payments | $ 0 | $ N/A |
| Motor Vehicle | $ 0 | $ N/A |
| Credit card (name): NONE | $ 0 | $ N/A |
| Department store (name): NONE | $ 0 | $ N/A |
| Other: NONE | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ N/A |
| Other (specify): NONE | $ 0 | $ N/A |
| Total monthly expenses: | $ 0 | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

[ ] Yes   ■ No    If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?\

[ ] Yes   ■ No

If yes, how much? $ NONE

If yes, state the attorney's name, address, and telephone number:

N/A

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   ■ No

If yes, how much? $ NONE

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Inmate Damon Elliott, the Appellant has been incarcerated for ten (10) years, has no family or friends with money, and when Appellant do have a institution job, he only make $ 5.00 - 15.00 a month.

13. State the address of your legal residence.
F.C.C. U.S.P. - 2
P.O. BOX 1034
COLEMAN, FL, 33521

Your daytime phone number: (352) 689-7000
Your age: 36    Your years of schooling: GED
Your social-security number: 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



## CERTIFICATE OF SERVICE

I certify that a copy of the Motion for Leave to Proceed on Appeal in Forma Pauperis was mail, postage prepaid on the 24th day of January 2007, to:

Clerk, RM 5423
U.S. Court of Appeals
For the D.C. Circuit
333 Constitution Ave., N.W.
Washington, D.C. 20001

Damon Elliott 31034-037
F.C.C. U.S.P.
P.O. Box 1034
Coleman, Fl. 33521