# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5001**  September Term, 2006

06cv01128

Filed On: August 1, 2007 [1057884]

Damon Elliott,
      Appellant

v.

U.S. Attorney General,
      Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/25/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Randolph, Rogers, and Tatel, Circuit Judges

## ORDER

Upon consideration of the motion for appointment of counsel, the motion for summary affirmance, and the motion for summary reversal, it is

**ORDERED** that the motion for appointment of counsel be denied. With the exception of defendants appealing or defending in criminal cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted and the motion for summary reversal be denied. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellant has forfeited his request for an "award" in connection with the agency's failure to comply with the time limitations under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, because he did not submit the request to the district court in the first instance. See, e.g., Hussain v. Nicholson, 435 F.3d 359, 364 (D.C. Cir. 2006). In any event, the agency's failure to comply with the time limitations does not entitle appellant to a damages award. See Sinito v. DOJ, 176 F.3d 512, 514 (D.C. Cir. 1999); see also Johnson v. EOUSA, 310 F.3d 771, 777 (D.C. Cir. 2002). As to the adequacy of the agency's search, the agency is required under FOIA to make "a good faith effort to conduct a search for the requested records, using methods reasonably expected to produce the information requested." Oglesby v. United States Dep't of the Army, 920 F.2d 57, 68 (D.C. Cir. 1990). As the district court concluded, the appellee has met its burden of showing it complied with FOIA by providing "a reasonably detailed affidavit, setting forth the search terms and the type of search performed, and averring that all files likely to contain responsive materials (if such records exist) were searched." Valencia-Lucena v. U.S. Coast Guard, 180 F.3d 321, 326 (D.C. Cir. 1999) (quoting Oglesby, 920 F.2d at 68).

United States Court of Appeals
for the District of Columbia Circuit
Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5001**                                          **September Term, 2006**

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**